503 P.2d 414

**Frank O. OTERO, Petitioner,**

v.

**The INDUSTRIAL COMMISSION of Arizona, Respondent,**

**Valley Construction Company, Respondent Employer,**

**Employers Mutual Liability Insurance Company of Wisconsin, Respondent Carrier.**

**No. 1 CA–IC 656.**

Court of Appeals of Arizona,
Division 1,
Department A.

Dec. 1, 1972.

Gilbert Gonzales, and Lawrence Ollason, Tucson, for petitioner.

William C. Wahl, Jr., Chief Counsel, The Industrial Comm. of Ariz., Phoenix, for respondent.

Shimmel, Hill & Bishop, P. C. by Merton E. Marks, Phoenix, for respondents employer and Ins. Carrier.

STEVENS, Presiding Judge.

This certiorari proceeding seeks to upset an award of The Industrial Commission of Arizona. We have read the record. The award is supported by the record and is affirmed.

CASE and DONOFRIO, JJ., concur.